| | | | |
|---|---|---|---|
| Com. v. Bradley Davis . . . . . . . . . . . . . . . | 1135 MDA 2016 Affirmed | 01/17/2017 | CP–67–CR–0007931–2013 (York) |
| Com. v. Frederick . . . . . . . . . . . . . . . . . . . | 1187 MDA 2016 Affirmed | 01/17/2017 | CP–06–CR–0000743–1975 (Berks) |
| Com. v. Sanchez–Echevarria . . . . . . . . . . | 1265 MDA 2016 Affirmed | 01/17/2017 | CP–06–CR–0005792–2014 (Berks) |
| Com. v. Sanchez–Echevarria . . . . . . . . . . | 1266 MDA 2016 Affirmed | 01/17/2017 | CP–06–CR–0005625–2015 (Berks) |
| In the Interest of A.M.; Appeal of L.M. | 1041 WDA 2016 Affirmed | 01/17/2017 | CP–4–DP–0000047–2015, No. 117–2015 (Beaver) |
| Com. v. Stencil . . . . . . . . . . . . . . . . . . . . . | 1883 EDA 2015 Affirmed | 01/18/2017 | CP–51–CR–0015163–2012 (Philadelphia) |
| Com. v. White . . . . . . . . . . . . . . . . . . . . . . | 2466 EDA 2015 Affirmed | 01/18/2017 | CP–51–CR–0009289–2014 (Philadelphia) |
| Com. v. Fiorentino . . . . . . . . . . . . . . . . . . | 3103 EDA 2015 Affirmed | 01/18/2017 | CP–15–CR–0000309–2014 (Chester) |
| Com. v. Harris . . . . . . . . . . . . . . . . . . . . . . | 3109 EDA 2015 Affirmed | 01/18/2017 | CP–51–CR–0012999–2008 (Philadelphia) |
| Com. v. Showers . . . . . . . . . . . . . . . . . . . . | 3431 EDA 2015 Affirmed | 01/18/2017 | CP–51–CR–0012440–2013 (Philadelphia) |
| Com. v. Lopez . . . . . . . . . . . . . . . . . . . . . . | 3745 EDA 2015 Affirmed | 01/18/2017 | CP–51–CR–0009276–2014 (Philadelphia) |
| Com. v. Miller . . . . . . . . . . . . . . . . . . . . . . | 3750 EDA 2015 Affirmed | 01/18/2017 | CP–46–CR–0001170–2014 (Montgomery) |
| Com. v. Menniti . . . . . . . . . . . . . . . . . . . . . | 686 EDA 2016 Affirmed | 01/18/2017 | CP–51–CR–0013068–2011 (Philadelphia) |
| Estate of: Whitehead . . . . . . . . . . . . . . . . | 1219 EDA 2016 Affirmed | 01/18/2017 | O.C. 1418 DE of 2004 (Philadelphia) |
| Waite, J. v. CDG Properties, LLC [18] . . . . . | 1905 MDA 2015 Affirmed | 01/18/2017 | 2013–569 (Centre) |

18. Petition for reargument denied March 31, 2017.